UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-13890-ABA |
| FIGUEROA, MIGUEL | Chapter: 7 |
| FIGUEROA, ILUMINIDA | Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on May 7, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 326 CYPRESS AVE, WOODLYNNE NJ 08107<br>(FMV $90,000.00) |

| | |
|---|---|
| Liens on property: | $123,000.00- MIEDLAND MTG CO (1ST)<br>$43,735.35 - US DEPT HUD |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                              Case No. 19-13890-ABA
Miguel Figueroa                                                     Chapter 7
Iluminida Figueroa
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Apr 03, 2019
                               Form ID: pdf905              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db/jdb         +Miguel Figueroa,    Iluminida Figueroa,    326 Cypress Ave,    Woodlynne, NJ 08107-2114
518049593      +ARS/Account Resolution Specialist,     Po Box 459079,    Sunrise, FL 33345-9079
518049597      +Central Credit Services,    9550 Regency Square Blvd Ste 500,     Jacksonville, FL 32225-8169
518049598      +Chrysler Financial Services,     310 Sawmill Ln,    Horsham, PA 19044-1925
518049599      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
518049601      +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
518049607      +Emrg Phy Assoc Of S Jersey,     PO Box 740021,    Cincinnati, OH 45274-0021
518049609      +Finish Auto Sales,    550 US 130,    Collingswood, NJ 08107-2343
518049610      +Haddon Emergency Physicians,     PO Box 41541,    Philadelphia, PA 19101-1541
518049614      +KML Law Group, PC,    216 Haddon Ave, Ste 406,     Westmont, NJ 08108-2812
518049616      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City, OK 73126-0648
518049618      +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
518049619      +Remex,   307 Wall St,    Princeton, NJ 08540-1515
518049620      +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
518049621      +Timothy P. Search, Esquire,     112 W Park Dr,    Mount Laurel, NJ 08054-1246
518049622      +US Dept. of Housing and Urban Develop,     451 7th Street S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518049595      +E-mail/Text: info@chcollects.com Apr 03 2019 23:42:06      C&H Collections,   PO Box 1399,
                 Merchantville, NJ 08109-0399
518049603      +E-mail/Text: legal-dept@cooperhealth.edu Apr 03 2019 23:41:15      Cooper Health System,
                 PO Box 6018,   Bellmawr, NJ 08099-6018
518049606      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 03 2019 23:41:59
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518049594*     +ARS/Account Resolution Specialist,     Po Box 459079,    Sunrise, FL 33345-9079
518049596*     +C&H Collections,    PO Box 1399,    Merchantville, NJ 08109-0399
518049600*     +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
518049602*     +Convergent Heathcare Recovery,     121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
518049604*     +Cooper Health System,    PO Box 6018,    Bellmawr, NJ 08099-6018
518049605*     +Cooper Health System,    PO Box 6018,    Bellmawr, NJ 08099-6018
518049608*     +Emrg Phy Assoc Of S Jersey,     PO Box 740021,    Cincinnati, OH 45274-0021
518049611*     +Haddon Emergency Physicians,     PO Box 41541,    Philadelphia, PA 19101-1541
518049612*     +Haddon Emergency Physicians,     PO Box 41541,    Philadelphia, PA 19101-1541
518049615*     +KML Law Group, PC,    216 Haddon Ave, Ste 406,     Westmont, NJ 08108-2812
518049617*     +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City, OK 73126-0648
518049623*     +US Dept. of Housing and Urban Develop,     451 7th Street S.W.,    Washington, DC 20410-0002
518049613    ##+Joseph Fallon Jr., MD,    603 N Broad St Ste 200,     Woodbury, NJ 08096-1619
                                                                                     TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2              Date Rcvd: Apr 03, 2019
                               Form ID: pdf905             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew Thomas Archer    on behalf of Joint Debtor Iluminida   Figueroa aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor Miguel   Figueroa aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```