Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13890–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Miguel Figueroa | Iluminida Figueroa |
| 326 Cypress Ave | 326 Cypress Ave |
| Woodlynne, NJ 08107 | Woodlynne, NJ 08107 |

Social Security No.:
  xxx–xx–0666                                          xxx–xx–5109

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 19, 2019</u>                <u>Andrew B. Altenburg Jr.</u>
                                                              Judge, United States Bankruptcy Court