Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 19−13890−ABA
                              Chapter: 7
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Miguel Figueroa                                          Iluminida Figueroa
   326 Cypress Ave                                    326 Cypress Ave
   Woodlynne, NJ 08107                          Woodlynne, NJ 08107

Social Security No.:
   xxx−xx−0666                                           xxx−xx−5109

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: June 19, 2019
JAN: dmb

                                                        Jeanne Naughton
                                                        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 19-13890-ABA
Miguel Figueroa                                               Chapter 7
Iluminida Figueroa
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jun 19, 2019
                               Form ID: cscnodsc           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db/jdb         +Miguel Figueroa,    Iluminida Figueroa,    326 Cypress Ave,    Woodlynne, NJ 08107-2114
518049593      +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
518049597      +Central Credit Services,    9550 Regency Square Blvd Ste 500,     Jacksonville, FL 32225-8169
518049598      +Chrysler Financial Services,    310 Sawmill Ln,    Horsham, PA 19044-1925
518049599      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
518049601      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
518049607      +Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
518049609      +Finish Auto Sales,    550 US 130,    Collingswood, NJ 08107-2343
518049610      +Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
518049614      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
518049616      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City, OK 73126-0648
518049618      +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
518049619      +Remex,    307 Wall St,    Princeton, NJ 08540-1515
518049620      +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
518049621      +Timothy P. Search, Esquire,    112 W Park Dr,    Mount Laurel, NJ 08054-1246
518049622      +US Dept. of Housing and Urban Develop,     451 7th Street S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518049595      +E-mail/Text: info@chcollects.com Jun 20 2019 00:18:51      C&H Collections,    PO Box 1399,
                 Merchantville, NJ 08109-0399
518049603      +E-mail/Text: legal-dept@cooperhealth.edu Jun 20 2019 00:18:13      Cooper Health System,
                 PO Box 6018,    Bellmawr, NJ 08099-6018
518049606      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 20 2019 00:18:45
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518049594*     +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
518049596*     +C&H Collections,    PO Box 1399,    Merchantville, NJ 08109-0399
518049600*     +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
518049602*     +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
518049604*     +Cooper Health System,    PO Box 6018,    Bellmawr, NJ 08099-6018
518049605*     +Cooper Health System,    PO Box 6018,    Bellmawr, NJ 08099-6018
518049608*     +Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
518049611*     +Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
518049612*     +Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
518049615*     +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
518049617*     +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City, OK 73126-0648
518049623*     +US Dept. of Housing and Urban Develop,     451 7th Street S.W.,    Washington, DC 20410-0002
518049613     ##+Joseph Fallon Jr., MD,    603 N Broad St Ste 200,    Woodbury, NJ 08096-1619
                                                                                              TOTALS: 0, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 2 of 2            Date Rcvd: Jun 19, 2019
                              Form ID: cscnodsc           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Andrew    Sklar     andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew Thomas Archer     on behalf of Joint Debtor Iluminida   Figueroa aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer     on behalf of Debtor Miguel   Figueroa aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```